IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVONNE SANTILLANES-MONTANO and
YVONNE SANTILLANES-MONTANO
on behalf of A.U.,

    Plaintiffs,

vs.      No.    07-cv-0522 BB/DJS and
    07-cv-0529 (consolidated)

**WEST LAS VEGAS SCHOOL DISTRICT, et al.,**

    Defendants.

## ORDER APPROVING SETTLEMENT

THIS MATTER comes before the Court upon the parties' Joint Motion to Approve Settlement (Docket No. 155) and the Recommendation (Doc. 163) of United States Magistrate Judge Don J. Svet, who heard presentations by Plaintiffs' counsel, Defendants' counsel, and the minor Plaintiff's Guardian ad Litem.  No objections to the Recommendation were filed by any party.  The Court

FINDS that the Recommendation (Doc. 163) should be and hereby is adopted by the Court, and it is hereby

ORDERED, ADJUDGED AND DECREED that the settlement by and between the parties as set forth in the Recommendation is hereby approved.

                                    */s/ Bruce D. Black*
                                  UNITED STATES DISTRICT JUDGE

SUBMITTED:

THE LAW OFFICES OF NANCY L. SIMMONS, PC

*Electronically submitted*
_____
Nancy L. Simmons
Attorney for Plaintiffs



APPROVED:

NARVAEZ LAW FIRM, P.A.

*Approved via e-mail 9/10/09*
_____
Martin Esquivel
Attorney for Defendants